# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CHAPTER 7 CASES WITH SECTION 341 MEETINGS SET BETWEEN MARCH 16, 2020 AND APRIL 10, 2020 | Case No. 2:20-mp-00003-BMW<br><br>**ORDER EXTENDING DEADLINES UNDER FRBP 4004, 4007(c) and 1017(e)** |

The United States Trustee has filed a Motion to Extend Deadlines Under FRBP 4004, 4007(c) and 1017(e) in Chapter 7 cases with Section 341 meetings set between March 16, 2020 and April 10, 2020 ("Extension Motion"). Based upon the Extension Motion, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Extension Motion is granted;

IT IS FURTHER ORDERED that the deadline to file a complaint objecting to discharge pursuant to Bankruptcy Code Section 727 is extended to sixty (60) days from the date of the continued section 341 meeting;

1       IT IS FURTHER ORDERED that the deadline to file a complaint to determine the dischargeability of a debt pursuant to Bankruptcy Code Section 523 is extended to sixty (60) days from the date of the continued section 341 meeting;

      IT IS FURTHER ORDERED that a motion to dismiss a debtor's case for abuse pursuant to Bankruptcy Code section 707(b) is extended to sixty (60) days from the date of the continued section 341 meeting;

      IT IS FURTHER ORDERED that the extensions granted by this order are without prejudice to the rights of the United States Trustee or any other party to seek further extensions should facts or circumstances warrant;

      IT IS FURTHER ORDERED that a copy of this order will be docketed in each case listed in Exhibit A to the Extension Motion.

      DATED AND SIGNED ABOVE.